1
2
3
4                                                                    JS - 6
5
6
7
8                  **UNITED STATES DISTRICT COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**
10
11   **PACIFIC SHORES**                    ) Case No. SACV 08-457 JVS (RNBx)
     **PROPERTIES, LLC,  et al.,**         )
12                                         ) **JUDGMENT**
                                           )
13            **Plaintiffs,**              )
                                           )
14       **vs.**                           )
                                           )
15   **CITY OF NEWPORT BEACH,**            )
                                           )
16            **Defendant.**               )
                                           )
17   _____      )

18          IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is

19   entered in favor of defendant City of Newport Beach against plaintiffs Pacific

20   Shores Properties, LLC, Alice Conner, Terri Bridgeman, and Sean Wiseman.  Each

21   side shall bear its own costs.

22          IT IS SO ORDERED.

23

24

25   Dated:  March 14, 2011        _____
                                        Hon. James V. Selna
26                                      United States District Judge

27

28